404 A.2d 1359

Commonwealth v. Paradiso, Appellant.

Submitted October 26, 1978. Roberto Paradiso, in propria personam; Charles W. Johns, Assistant District Attorney, for the Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order of the court below is affirmed.